```
                    UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF PENNSYLVANIA


GERALD C. KNORR, JR.           :
                               :
        Plaintiff              :
                               :    NO. 3:CV-06-2427
      -vs-                     :
                               :    (Judge Kosik)
                               :
SUSQUEHANNA COUNTY PRISON,     :
WARDEN DONALD STEWART,         :
                               :
        Defendants             :
```

## ORDER

AND NOW, this 14th day of May, 2007, IT APPEARING TO THE COURT THAT:

(1) Plaintiff, Gerald C. Knorr, Jr., an inmate confined at Susquehanna County Prison, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 on December 19, 2006;

(2) The complaint named two defendants, the Susquehanna County Prison and Warden Donald Stewart, and complained of conditions of confinement and various incidents which allegedly occurred while plaintiff was incarcerated at the prison;

(3) On March 19, 2007, the court preliminarily screened plaintiff's complaint pursuant to 28 U.S.C. §1915 and found it to be deficient in that: (1) a prison is not a person within the meaning of 42 U.S.C. §1983; and (2) there were no allegations in the complaint as to Warden Stewart;

(4) On March 19, 2007, the court entered an Order directing plaintiff to file an amended complaint within twenty (20) days of

the date of the Order and advising plaintiff that failure to file a timely amended complaint could result in dismissal of the action;

(5) Plaintiff sought an extension of time in which to file the amended complaint and requested appointment of counsel;

(6) On March 29, 2007, this court granted an extension of time and directed plaintiff to file an amended complaint within thirty (30) days from the date of the Order.  The court also denied plaintiff's request for appointment of counsel;

(7) The time for filing the amended complaint has passed and plaintiff has neither filed an amended complaint, nor requested an extension of time in which to do so;

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1) The plaintiff's complaint is **DISMISSED** for failure to comply with a court Order;

(2) The Clerk of Court is directed to **CLOSE** this case; and,

(3) Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

*s/Edwin M. Kosik*
United States District Judge